**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **D.T., individually and on behalf of all others similarly situated,** : : : | |
| Plaintiff, : : | Civil Action No. 2:23-cv-00609 |
| v. : : | |
| **CCS- SOUTH FLORIDA LLC COMPLETE COLLECTION SERVICE,** : : : | |
| Defendant. : | |

## STIPULATION AND [PROPOSED] ORDER TO REMAND

The below parties, through their respective undersigned counsel, file this stipulation noting for the record that they have jointly agreed to remand this matter to the state court. (Plaintiff's counsel has authorized defendant's counsel to file this Stipulation with an electronic signature.) A proposed order accompanies this filing.

Dated: March 28, 2023

Respectfully submitted,

/s/ Cary L. Flitter
Cary L. Flitter
Andrew M. Milz
Jody T. López-Jacobs
Flitter Milz, P.C.
450 N. Narberth Ave, Ste 101
Narberth, PA 19072
(610) 822-0782
Email: cflitter@consumerslaw.com
Email: amilz@consumerslaw.com
Email: jlopez-jacobs@consumerslaw.co
*Counsel for Plaintiff*

/s/ Patrick J. Doran
Patrick J. Doran
Archer & Greiner, P.C.
Three Logan Square
Suite 3500
1717 Arch Street
Philadelphia, Pennsylvania 19103
Phone: 215-963-3300
Fax: 215-963-9999

James H. Hulme (*pro hac vice*)
Laurel LaMontagne (*pro hac vice)*
ARENTFOX SCHIFF LLP
1717 K Street N.W.
Washington, DC 20006
Phone: 202-857-6325
Fax: 202- 857-6395
James.Hulme@afslaw.com
*Counsel for Defendant*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **D.T., individually and on behalf of all others similarly situated,** : : : | |
| Plaintiff, : | Civil Action No. : 2:23-cv-00609 |
| v. : : | |
| **CCS- SOUTH FLORIDA LLC** : **COMPLETE COLLECTION SERVICE,** : : | |
| Defendant. : | |

### [PROPOSED] ORDER TO REMAND

Upon consideration of the parties' joint agreement to remand this matter to the state court,

it is this _____ day of _____, 2023 hereby

**ORDERED** that this matter be remanded to the state court; and it is further

**ORDERED** that Clerk shall mark this case as closed.

_____
Paul S. Diamond, J.

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **D.T., individually and on behalf of all others similarly situated,** : : : | |
| Plaintiff, : : | Civil Action No. 2:23-cv-00609 |
| v. : : | |
| **CCS- SOUTH FLORIDA LLC** : **COMPLETE COLLECTION SERVICE,** : : | |
| Defendant. :: | |

## CERTIFICATE OF SERVICE

The undersigned counsel for defendant certifies that true and correct copies of the foregoing was electronically filed with the Clerk of Court on March 28, 2023, using the CM/ECF system, and served on counsel by United States Mail, first class, and addressed as follows:

>Cary L. Flitter, Esquire
>Andrew M. Milz, Esquire
>Jody Thomas López-Jacobs, Esquire
>FLITTER MILZ, PC
>450 N. Narbeth Avenue, Suite 101
>Narberth, PA 19072

>*s/ Patrick J. Doran*
>Patrick J. Doran
>Attorney for Defendant

226931619v1